# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00066-MR-DLH-11

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| N'NAMDI E'VA YOUNG, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Petition and Warrant [Doc. 395].

For the reasons stated therein, and for cause shown, the Court will grant the Government's Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 395] is **GRANTED**, and the supervised release violation petition and warrant that are currently pending in this case [Doc. 394] are hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: February 25, 2013

Martin Reidinger
United States District Judge